**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ELIZA H.R. BIGHETTY, a.k.a. Eliza
Batarseh, a.k.a. Eliza Hume Rambo Kruse,
a.k.a. Eliza Shuys, a.k.a. Eliza
Steward/Stewart,

Defendant - Appellant.

No. 11-30009

D.C. No. 2:10-cr-00228-JLR

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
James L. Robart, District Judge, Presiding

Submitted October 25, 2011[**]

Before:     TROTT, GOULD, and RAWLINSON, Circuit Judges.

Eliza H.R. Bighetty appeals from the 48-month sentence imposed following

her guilty-plea convictions for aggravated identity theft, in violation of 18 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1028A, and for theft of government funds, in violation of 18 U.S.C. § 641.  We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Bighetty contends that her sentence is substantively unreasonable.  The

record reflects that Bighetty's within-Guidelines sentence is reasonable in light of

the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors.

*See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**